IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00123-PSF-CBS

STEFAN MILLS,

    Plaintiff,

v.

NATIONAL RECOVERY INCORPORATED, a Colorado corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice Pursuant to F.R.Civ.P. Rule 41(a)(1)(ii) (Dkt. # 13), and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its attorney's fees and costs.

    DATED:  April 30, 2007

                                BY THE COURT:

                                *s/ Phillip S. Figa*

                                _____
                                Phillip S. Figa
                                United States District Judge